UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

          Petitioner,

     v.

A. J. MALFI,

          Respondent.

Case No.  21-cv-00650-JD

**ORDER RE: DISMISSAL**

      This is a habeas petition filed pro se by a state prisoner.  In the initial review order, the Court dismissed the petition with leave to amend after discussing the deficiencies in the case.  The time to amend has passed and petitioner has not filed an amended petition or otherwise communicated with the Court.  This case is **DISMISSED** without prejudice for the reasons stated in the prior order.  A certificate of appealability is **DENIED**.

      **IT IS SO ORDERED.**

Dated: August 24, 2021

_____

JAMES DONATO
United States District Judge